**Atarah MCQUINN, Plaintiff—Appellant,**

v.

**David E. BOONE, Esq., Defendant—Appellee.**

**No. 07–7747.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 4, 2008.

Atarah McQuinn, Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Atarah McQuinn appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2000) her complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *McQuinn v. Boone,* No. 3:07–cv–00465–REP, 2007 WL 3389996 (E.D.Va. Nov. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*